UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| **v.** | ] | **No. 3:11-CR-00151** |
| | ] | **JUDGE HAYNES** |
| **ERIC ALLEN** | ] | |

# MOTION TO CONTINUE TRIAL DATE, PLEA CONSUMMATION DEADLINE, AND MOTION FILING DEADLINE

Comes now undersigned counsel and hereby respectfully moves this Honorable Court to continue the trial, plea consummation deadline and motion-filing deadline for approximately ninety (90) days. For cause, counsel would refer the Court to the contemporaneously filed sealed pleading outlining reasons for the delay.

Respectfully submitted,

s/ Patrick G. Frogge
PATRICK G. FROGGE, No. 20763
Bell, Tennent & Frogge
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110 (telephone)
(615) 244-1114 (facsimile)

ORDER
The motion is GRANTED in the interests of justice to enable defense counsel to be prepared for trial and to finalize any consideration of pretrial motions. Counsel have 20 days to submit an Agreed Order with a trial date and pretrial deadlines.
[signature]
2-20-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically to Assistant U.S. Braden Boucek, Suite A-961, 110 Ninth Avenue, South, Nashville, Tennessee 37203 on this the 19th day of February, 2013.

s/Patrick G. Frogge
PATRICK G. FROGGE