UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:11-CR-00151 |
| | ] JUDGE HAYNES |
| ERIC ALLEN | ] |

*ORDER*
*This motion*
*is GRANTED*

MOTION TO CONTINUE MOTION FILING DEADLINE FOR
APPROXIMATELY ONE (1) WEEK

*[handwritten signature] 1-13-14*

Comes now undersigned counsel and hereby respectfully moves this Honorable Court to continue the motion-filing deadline for approximately one (1) week. For cause, counsel would state and show the following:

(1) Pursuant to this Court's prior order (agreed to and filed by undersigned counsel) the motion filing deadline is today, January 10, 2014. (Docket entry 67).

(2) The Defendant is incarcerated and is currently housed at the Grayson County Jail in Leitchfield, Kentucky.

(3) Undersigned counsel has drafted the motions necessary, but has not finalized them. In order to finalize the motions, it is necessary to meet with the Defendant.

(4) Based on the Defendant's location, undersigned counsel's schedule, and the recent holiday, counsel has not been able to schedule that meeting as anticipated. Counsel believes he can accomplish that next week (before January 17, 2013.