UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-CR-00151 |
| ) | JUDGE HAYNES |
| ERIC ALLEN ) | Evidentiary Hearing Requested |

## MOTION REQUESTING *FRANKS* HEARING
## AND SUPPORTING MEMORANDUM OF LAW

Comes now the defendant, Eric Allen, by and through undersigned counsel, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure and the Fourth Amendment to the United States Constitution and hereby moves this Honorable Court to conduct a hearing pursuant to *Franks v. Delaware,* 438 U.S. 154 (1978) and to suppress the evidence derived from the illegal search conducted pursuant to the search warrant obtained by Detective Adam Read authorizing law enforcement's search of 1311 Clay Street, Nashville, Tennessee. The evidence to be suppressed includes evidence seized pursuant to the search warrant, including but not limited to one weapon, narcotics and money.

In support of this motion, Mr. Allen submits the following:

*[handwritten annotation: This motion is granted. The parties shall submit an agreed order with a hearing date on this and the Defendant's other motions.]*

*[signature]*
1-21-14