# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 3:11-00151 |
| | ) Chief Judge Haynes |
| v. | ) |
| ERIC ALLEN, | ) |
| Defendant. | ) |

## ORDER

The motion hearing currently set in this action for Friday, May 2, 2014, is reset for **Monday, May 12, 2014, at 10:30 a.m.**

It is so **ORDERED**.

**ENTERED** this the 23rd day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge