IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 3:11-cr-00151 |
| v. ) | Chief Judge Haynes |
| ) | |
| ERIC ALLEN ) | |
| ) | |

# ORDER

The trial of this action is set for **Tuesday, November 4, 2014 at 9:00 a.m.** in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 30th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge